**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Donald Lynn Mayeux
Attorney at Law
P.O. Drawer 1460
Eunice LA 70535

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on September 25, 2024 |

**REHEARING ACTION: September 25, 2024**

**Docket Number: 23   00465-CA**

**HATTIE YOUNG AND ALFRED PITRE**
**VERSUS**
**KIM BOURGEOIS, ET AL**

**Appealed from Evangeline Parish Case No. 79,037-A (B)**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Candyce G. Perret**
    **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Hattie Young and Alfred Pitre** has this day been

    **DENIED.**

cc: Michael Fontenot, In Proper Person
    Anthony Craig Dupre, Counsel for the Appellee